No. 1753. Sucesión Pons, Apelada, *v.* Rivas, Apelante.— Reivindicación. Ponce. Noviembre 14, 1917. *Desestimada la apelación por falta de transcripción.*

----

No. 203. Martínez, Peticionario, *v.* Crosas, Juez Distrito Aguadilla, Demandado.—*Certiorari.* Noviembre 15, 1917. *No ha lugar.*

----

No. 1203. El Pueblo, Apelado, *v.* Andrades, Apelante.— Alteración de la paz. San Juan, Sección 2ª. Noviembre 16, 1917. *Confirmada la sentencia.*

----

No. 1207. El Pueblo, Apelado, *v.* Tapia, Apelante.—Infracción artículo 339 Código Penal. San Juan, Sección 2ª. Noviembre 19, 1917. *Confirmada la sentencia.*

----

No. 1208. El Pueblo, Apelado, *v.* Rossy, Apelante.—Infracción Ley Pesas y Medidas. San Juan, Sección 2ª. Noviembre 20, 1917. *Confirmada la sentencia.*

----

No. 1756. Sucesores de Abarca, Apelados, *v.* Municipio Mayagüez, Apelante.—Cobro de dinero. Mayagüez. Noviembre 22, 1917. *Desestimada la apelación por falta de transcripción.*

----

No. 1206. El Pueblo, Apelado, *v.* Acosta, Apelante.—Seducción. San Juan, Sección 2ª. Noviembre 23, 1917. *Confirmada la sentencia.*